**MARTIN L. CARPENTER—*SBN* 70393**
**DAVID G. TORRES-SIEGRIST – State Bar No. 220187**
**CARPENTER, ROTHANS & DUMONT**
**888 South Figueroa, Suite 1960**
**Los Angeles, CA 90017**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**mcarpenter@crdlaw.com/dsiegrist@crdlaw.com**
Attorneys for Defendants, CITY OF BALDWIN PARK, a public entity, and CHIEF MARK KLING, SGT. DOUGLAS PARNELL, and OFFICER GREG COLEY, public employees

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ, | Case No. CV05-7414 GW(CTx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CITY OF BALDWIN PARK, et al. | |
| Defendants. | |

On June 4, 2010 a Statement of Decision Re: Defendants Motions for Summary Judgment was issued by the Honorable George H. Wu, U.S. District Court Judge. The Statement of Decisions is attached hereto as "Exhibit A" and incorporated by reference as though fully set forth herein.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff JOSE ENRIQUEZ take nothing from Defendants, CITY OF BALDWIN PARK, a public entity, and

1 | CHIEF MARK KLING, SGT. DOUGLAS PARNELL, and OFFICER GREG COLEY,
2 | public employees, as to the claims alleged within the First Amended Complaint.
3 | Defendants are entitled to an award of their costs.
4 | IT IS SO ORDERED.
5
6 | DATED: June 25, 2010           _____
7 |                                GEORGE H. WU
8 |                                U.S. District Court Judge

-2-
[PROPOSED] JUDGMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On February 8, 2008, I served the foregoing document(s) described as:
**[PROPOSED] JUDGMENT** upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

Joseph H. Low IV                                  Attorneys for Plaintiff
LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA  90831
Fax:  562-901-0841

**BY MAIL**
\_\_\_\_ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY PERSONAL SERVICE**
  X   I delivered such envelope by hand to the offices of the addressee indicated above.

Executed on February 8, 2008, at Los Angeles, California.

**FEDERAL**
  X   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

  Nickolas SiFuentes                    _____
                                                        (Signature)